DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

COUNTY OF DURHAM v. MADDRY & CO., INC.

No. 135PA85.

Case below: 72 N.C. App. 671.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 7 May 1985.

DeGREE v. DeGREE

No. 110P85.

Case below: 72 N.C. App. 668.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 May 1985.

DUSENBERRY v. DUSENBERRY

No. 160PA85.

Case below: 73 N.C. App. 177.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 7 May 1985.

E & J INVESTMENTS v. CITY OF FAYETTEVILLE

No. 27P85.

Case below: 71 N.C. App. 638.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 May 1985.

E-B GRAIN CO. v. DENTON

No. 153P85.

Case below: 73 N.C. App. 14.

Petition by defendant (Tobacco Warehouse) for discretionary review under G.S. 7A-31 denied 7 May 1985.